UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
------------------------------------------------------------------------x
MARLEN O. FUNES,

                              Plaintiff,                        **ORDER**

-against-                                                15-CV-3843 (SIL)

KNISHKA RESTAURANT ASSOCIATES INC. d/b/a
Akbar Restaurant, and MEENA CHOPRA, an
individual.

                              Defendants.
------------------------------------------------------------------------x

**LOCKE, Magistrate Judge:**

On June 9, 2016, the parties submitted a joint motion seeking approval of an Agreement and Release in this Fair Labor Standards Act action. *See* Docket Entries ("DE") [26, 27]. At a July 20, 2016 hearing, this Court denied the motion because the Agreement and Release contained impermissible confidentiality, release, and non-disparagement provisions. *See* DE [28]. Thereafter, on August 29, 2016, the parties submitted a revised Agreement and Release. *See* DE [30]. Having reviewed the revised Agreement and Release, the Court finds that it is fair and reasonable. Therefore the Agreement and Release is approved and this case is hereby closed.

Dated:      Central Islip, New York
              August 30, 2016

                                                <u>s/ Steven I. Locke</u>
                                                STEVEN I. LOCKE
                                                United States Magistrate Judge